**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROBERT A. TAYLOR, ) | |
| ) | Case No. 13 C 4597 |
| Plaintiff, ) | |
| v. ) | Judge Manish S. Shah |
| ) | |
| RICKY A. HUGHES, et al., ) | Magistrate Judge Maria Valdez |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order of April 27, 2022 (Doc. 351), the parties state as follows:

**I.    Scheduling**

Plaintiff's counsel's trial schedule remains the same as was reported on April 27, 2022. Plaintiff's counsel has a trial beginning in the Northern District of Illinois on August 15, 2022 in the case of *Pryor v. Corrigan, et al.*, 17 C 1968. That trial is expected to last no more than one week. Plaintiff's counsel has another trial beginning in the Central District of Illinois on September 19, 2022 in the case of *Ollison v. Wexford Health Sources, Inc., et al.*, 17 C 1077. That trial is expected to last two to three weeks.

Counsel for defendant City of Chicago has a trial beginning in the Northern District of Illinois on January 9, 2023 in the case of *Singer v. City of Chicago, et al.*, 19 C 3954.

Counsel for defendant Ricky A. Hughes has no upcoming trials at this time.

**II.    Settlement**

Plaintiff's counsel has been on trial in the Northern District of Illinois in the case of *Hill, et al. v. Harrington, et al.*, 18 C 5592. The trial concluded on July 1, 2022, and plaintiff will make an attempt at settling this case.

Dated: July 6, 2022

 /s/   Shamoyita M. DasGupta                     /s/   Scott A. Cohen
        Shamoyita M. DasGupta                              Scott A. Cohen

Irene K. Dymkar                                         Scott A. Cohen
Shamoyita M. DasGupta                        Attorney for Defendant Ricky A. Hughes
Attorneys for Plaintiff                               City of Chicago Department of Law
Law Offices of Irene K. Dymkar           2 N. LaSalle Street, Suite 420
53 W. Jackson, Suite 733                      Chicago, IL 60602
Chicago, IL 60604
(312) 345-0123

                                                               /s/   Raoul V. Mowatt
                                                                       Raoul V. Mowatt

                                                              Raoul V. Mowatt
                                                              Attorney for Defendant City of Chicago
                                                              City of Chicago Department of Law
                                                              2 N. LaSalle Street, Suite 420
                                                              Chicago, IL 60602